```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                      Case No. 19-25590-C
Benjamin Francisco Gomez                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-2        User: admin              Page 1 of 1        Date Rcvd: Sep 06, 2019
                            Form ID: 309A            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db            Benjamin Francisco Gomez,    3390 27th Ave,    Sacramento, CA  95820-4720
aty          +George T. Burke,    1102 Q Street Ste 110,    Sacramento, CA 95811-6563
tr           +J. Michael Hopper,    PO Box 73826,   Davis, CA 95617-3826
22862452      Bank of America N A,    PO Box 26249,   Tampa FL 33623-6249
22862454      Citibank The Home Depo,    c o Credit Control LLC,    PO Box 31179,    Tampa FL 33631-3179
22862456      Clear Recon Group,    4375 Jutland Dr,   San Diego CA 92117-3600
22862459      Synchrony Bank,    c o Midland Funding,    320 E Big Beaver Rd,    Troy MI 48083-1238
22862462      Wells Fargo Honda,    PO Box 6995,   Portland OR 97228-6995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Sep 07 2019 07:28:00      Employment Development Department,
               Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Sep 07 2019 07:33:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
22862450      E-mail/Text: bankruptcy@firstelectronic.com Sep 07 2019 04:04:32      1st Elec Bank,
               2150 S 1300 E Ste 400,    Salt Lake City UT 84106-4336
22862451      EDI: BANKAMER.COM Sep 07 2019 07:28:00      Bank of America,    PO Box 982238,
               El Paso TX 79998-2238
22862453      EDI: PRA.COM Sep 07 2019 07:28:00      Citibank N A,    c o Portfolio Recovery Associates,
               120 Corporate Blvd,    Norfolk VA 23502-4952
22862455      E-mail/Text: Bk@c2cfsi.com Sep 07 2019 04:03:38      Clark Pest Control,
               c o Coast to Coast Financial,    101 Hodencamp Rd,    Thousand Oaks CA 91360-5836
22862457      E-mail/Text: bknotice@ercbpo.com Sep 07 2019 04:03:42      Comcast Cable Communications,
               c o Enhance Recovery Co LLC,    PO Box 57547,    Jacksonville FL 32241-7547
22862458      EDI: CHASE.COM Sep 07 2019 07:33:00      JP Morgan Chase Bank Card,    PO Box 15369,
               Wilmington DE 19850-5369
22862460      EDI: CITICORP.COM Sep 07 2019 07:28:00      The Home Depot CBNA,    PO Box 6497,
               Sioux Falls SD 57117-6497
22862461      EDI: WFFC.COM Sep 07 2019 07:33:00      Wells Fargo Bank,    PO Box 51193,
               Los Angeles CA 90051-5493
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Benjamin Francisco Gomez** | Social Security number or ITIN    **xxx–xx–2901** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN    _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of California** | | Date case filed for chapter **7:    9/4/19** |
| Case number:    **19–25590 – C – 7** | | |

12/15

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Benjamin Francisco Gomez | |
| 2. | **All other names used in the last 8 years** | aka Ben Gomez | |
| 3. | **Address** | 3390 27th Ave<br>Sacramento, CA 95820–4720 | |
| 4. | **Debtor's attorney**<br>Name and address | George T. Burke<br>1102 Q Street Ste 110<br>Sacramento, CA 95811 | Contact phone:   916–447–2222 |
| 5. | **Bankruptcy trustee**<br>Name and address | J. Michael Hopper<br>PO Box 73826<br>Davis, CA 95617 | Contact phone:   530–757–2033 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

Debtor: **Benjamin Francisco Gomez**     Case number: **19–25590 – C – 7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (916) 930–4400<br>Date: 9/6/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 9, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Robert T Matsui United States Courthouse, 501 I Street, Room 7–B, 7th Floor, Sacramento, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/9/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |